IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:21MJ 43 |
| | ) |
| SANIA D. DUNKLEY, | ) |
| | ) Court Date: March 1, 2021 |
| | ) |
| Defendant. | ) |

CRIMINAL INFORMATION

Count I (Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 16, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SANIA D. DUNKLEY, did drive a motor vehicle after her driver's license had been revoked before the period of such suspension or revocation was terminated.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 46.2-301)

Count II (Misdemeanor 7869360)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 16, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SANIA D. DUNKLEY, did unlawfully operate a motor vehicle and failed to maintain proper control.

(In violation of Title 18, United States Code, Section 13, assimilating Section 46.2-853, Code of Virginia 1950, as amended.)

## Count III (Misdemeanor 7869361)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 16, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SANIA D. DUNKLEY, did wrongfully fail to ensure the two year old child, whom she was transporting, was properly secured in a child restraint device.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 46.2-1095).

Respectfully submitted,

Raj Parekh
United States Attorney

By: *[signature]*

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Email: sean.rowland@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, a true and correct copy of the Criminal Information was mailed to the defendant at:

Sania D. Dunkley
8416 Huerta Court
Alexandria, VA 22309

By: *Sean Rowland* (signature)

Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov